IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

LISA MARIA BARNES )
)
v. ) NO. 3:04-1036
)
MONTGOMERY COUNTY, TENNESSEE )

**O R D E R**

In accordance with the contemporaneously entered Memorandum, the Court GRANTS the motion for summary judgment (Docket Entry No. 14) of the defendant Montgomery County, Tennessee and hereby DISMISSES this action with prejudice.

The entry of this order shall constitute the final judgment in this case pursuant to Rule 58 and Rule 79(b) of the Federal Rules of Civil Procedure.

So ORDERED.

_____
JULIET GRIFFIN
United States Magistrate Judge